JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CHE LEE, | Case No.: CV 19-2811-DMG (KS) |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT OF DISMISSAL |
| WARDEN, et al, | |
| Defendants. | |

On April 11, 2019, Plaintiff, a federal prisoner incarcerated at FCI-Terminal Island and proceeding *pro se*, filed a civil rights complaint (the "Complaint"). (Dkt. No. 1.) The Complaint does not identify the individuals being sued, the relief Plaintiff seeks, or the laws or constitutional provisions that Plaintiff believes have been violated. (*See generally id.*) As such, the complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

1

Also on April 11, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On April 29, 2019, after more than two weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than May 20, 2019, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee.

More than 30 days have now passed since the Court issued its April 29, 2019 Order, and more than two weeks have passed since Plaintiff's deadline for paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: June 17, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE